# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00648-CV

**Gilbert J. Rodriguez, Individually, and as Independent Executor of the Estate of Evangelina G. Rodriguez, Ellien Rodriguez Navarro, and Mollie Rodriguez Ahlbrand, Appellants**

**v.**

**Francisco Munoz and Liliam Flores Munoz, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-13-001785, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for Gilbert J. Rodriguez, Individually, and as Independent Executor of the Estate of Evangelina G. Rodriguez, Ellien Rodriguez Navarro, and Mollie Rodriguez Ahlbrand and counsel for Francisco Munoz and Liliam Flores Munoz have filed a joint motion to abate this appeal, permitting the parties to continue negotiation of a final settlement agreement.

We grant the parties' motion and abate the appeal until February 17, 2015. *See* Tex. R. App. P. 42.1(a)(2)(C). If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting any necessary extension of the abatement.

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed: December 17, 2014